UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RAFAEL ASHWORTH, )<br>)<br>Defendant. ) | Criminal Case No. 19-CR-10477-WGY |

### DEFENDANT'S COUNSEL'S FURTHER EXPLICATION OF FEDERAL CUSTODY ISSUE

Now comes the defendant, Rafael Ashworth, in the above captioned matter, by and through counsel, Kevin J. Reddington, Esq., and hereby indicates that he contacted the Federal Marshall's Service in the United States District Court in Boston, Massachusetts. Counsel was advised that the records clearly indicate that Mr. Ashworth was in federal custody on the instant case on December 12, 2019. He was not in state custody on the state case but rather on a federal detainer.

As indicated, it would be a violation of due process and a perversion of the equitable principles of sentencing for the defendant to have literally served 4½ years dead time and receiving no credit whatsoever on the federal sentence that this Court has imposed. As also indicated, the state case is being resolved by way of a filing so there will be no adjudication of probation, suspended sentence or incarceration on the state case.

Rafael Ashworth,
By his attorney

/s/Kevin J. Reddington, Esq.

**CERTIFICATE OF SERVICE**

I, Kevin J. Reddington, Esq., Attorney for the Defendant, Rafael Ashworth, hereby certify that the following documents filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on July 12, 2024.

DEFENDANT'S COUNSEL'S FURTHER EXPLICATION OF FEDERAL CUSTODY ISSUE

/s/Kevin J. Reddington, Esq.

KEVIN J. REDDINGTON • ATTORNEY AT LAW • 1342 BELMONT STREET • BROCKTON, MASSACHUSETTS 02301 • (508) 583-4280/(508) 580-6186